# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

JOSEPH PETER MICELI
KELLY MARIE MICELI

      Debtor      /

CHAPTER 13 PROCEEDING
CASE NUMBER: 10-24303
HONORABLE DANIEL S. OPPERMAN

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, **IT IS HEREBY ORDERED** that the debtor(s) Chapter 13 Plan as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED** that the claim of Ryan M. Moldovan, Attorney for debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees, and that the portion of such claim which has not already been paid, to wit $2,974.00 shall be paid by the trustee as an administrative expense of this case.

All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the trustee is therefore **ORDERED** to make distribution on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the clerk pursuant to statute.

**IT IS FURTHER ORDERED** that the Nature of the Plan shall be periodic payments to the Trustee for a term of sixty (60) months.

Approved as to Form & Content:

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

/s/Ryan M. Moldovan
Ryan M. Moldovan (P69819)
Attorney for debtor
25600 Woodward Avenue, Suite 201
Royal Oak, Michigan 48067
Telephone: (248) 246-6536
Email: ryanbmoran@gmail.com

/s/Adam Reatherford
Adam Reatherford (P70827)
Attorney for OneWest Bank, FSB

31440 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334-2525
Telephone: (248) 642-2515
Email: EasternECF@trottlaw.com

.

**Signed on February 04, 2011**

                                          **/s/ Daniel S. Opperman**
                                          **Daniel S. Opperman**
                                          **United States Bankruptcy Judge**